Eric R. Fish
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Email: efish@bakerlaw.com

*Attorneys for Plaintiff Zetwerk Manufacturing USA, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ZETWERK MANUFACUTRING USA, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RS FASHIONS, INC.<br><br>Defendant. | CIVIL ACTION NO. 2:24-CV-00085-CCC-LDW<br><br>**NOTICE OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>**Motion Return Date: June 17, 2024**<br><br>**Oral Argument Requested If Opposition Is Filed** |

TO:   RS Fashions Inc.
      82 Western Avenue,
      Jersey City, NJ 07307

PLEASE TAKE NOTICE that plaintiff, Zetwerk Manufacturing USA, Inc. ("Plaintiff"), by and through its attorneys Baker & Hostetler LLP, will move before the Honorable Claire C. Cecchi, U.S.D.J., of the United States District Court, District of New Jersey, Martin Luther King U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101 on June 17, 2024, for entry of default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure against defendant RS Fashions Inc. ("RS Fashions").

PLEASE TAKE FURTHER NOTICE that on April 30, 2024 the Clerk entered default against RS Fashions for failure to plead or otherwise defend against the Complaint.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Plaintiff will rely on its Brief in Support, submitted herewith.

PLEASE TAKE FURTHER NOTICE that in the event opposition is filed in connection with this motion, oral argument is respectfully requested.

A proposed form of Order Granting Default Judgment and Entry of Judgment is submitted herewith.

Dated: New York, New York  
     May 24, 2024

Respectfully submitted,  
BAKER & HOSTETLER LLP

By:    */s/ Eric R. Fish*  
      Eric R. Fish  
      efish@bakerlaw.com  
      45 Rockefeller Plaza  
      New York, NY 10111  
      Tel: (212) 589-4200  
      Fax: (212) 589-4201

*Attorneys for Plaintiff Zetwerk Manufacturing USA, Inc.*