Eric R. Fish
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Email: efish@bakerlaw.com
*Attorneys for Plaintiff Zetwerk Manufacturing USA, Inc.*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ZETWERK MANUFACUTRING USA, INC.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RS FASHIONS, INC.<br><br>　　　　　　　Defendant. | CIVIL ACTION NO. 2:24-CV-00085-CCC-LDW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, Zetwerk Manufacturing USA, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and the parties' settlement agreement, does hereby voluntarily dismiss the above-captioned action <u>without prejudice</u>. Defendant has not yet served an answer or filed a motion for summary judgment.

Dated: New York, New York
　　　　 May 29, 2025

Respectfully submitted,

BAKER & HOSTETLER LLP

By:　*/s/ Eric R. Fish*
　　　　Eric R. Fish

*Attorneys for Plaintiff, Zetwerk Manufacturing USA, Inc.*

SO ORDERED

　s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date:　5/30/2025